# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

Marilyn Kelly,
Chief Justice

141253

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

GARY HOVANEC,
          Plaintiff-Appellee,

v                                                              SC: 141253
                                                               COA: 289615
                                                               Genesee CC: 05-082251-NO
CITY OF FLINT,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals is considered. We DIRECT the defendant City of Flint's Deputy Chief City Attorney, Angela Watkins, to address plaintiff's claim that defendant's brief before this Court seriously and intentionally misrepresents the trial record, particularly in the section of defendant's brief entitled: "Plaintiff's knee injury is a result of a soft tissue tumor and therefore completely unrelated to this incident." Defendant shall respond to this issue within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

d1027